En el Tribunal Supremo de Puerto Rico

| | |
|---|---|
| IN RE:<br><br>ENMIENDAS A LAS REGLAS DE PROCEDIMIENTOS PARA ACCIONES DISCIPLINARIAS Y DE SEPARACION DEL SERVICIO POR RAZON DE SALUD DE JUECES DEL TRIBNAL DE PRIMERA INSTANCIA Y DEL TRIBUNAL  DE APELACIONES<br><br><br>    V. | 99TSPR36 |

Número del Caso: ER-99-01

Abogados de la Parte Peticionaria:

Abogados de la Parte Recurrida:

Abogados de la Parte Interventora:

Tribunal de Instancia: Superior

Juez del Tribunal de Primera Instancia:

Tribunal de circuito de Apelaciones:

Juez Ponente:

Fecha: 3/5/1999

Materia:

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In Re:

Enmiendas a las Reglas de
Procedimiento para Acciones
Disciplinarias y de Separación
del Servicio por Razón de Salud
de Jueces del Tribunal de
Primera Instancia y del Tribunal
de Apelaciones de Puerto Rico

RESOLUCION

San Juan, Puerto Rico, a 5 de marzo de 1999

Se enmiendan con vigencia inmediata las Reglas 1, 2, 19, 24, 26, 33, 35, 40 y se deroga la definición de Procurador de la Regla 3 sobre Definiciones de las Reglas de Procedimiento para Acciones Disciplinarias y de Separación del Servicio por Razón de Salud de Jueces del Tribunal de Primera Instancia y del Tribunal de Apelaciones de Puerto Rico para que lean de la manera siguiente:

REGLA 1 – TITULO

Estas reglas serán conocidas como "Reglas de Procedimiento para Acciones Disciplinarias y de Separación del Servicio por Razón de Salud de Jueces del Tribunal de Primera Instancia y del Tribunal de **Circuito** de Apelaciones de Puerto Rico".

**Se dispone que en todo lugar en el Reglamento que se refiere a Tribunal de Apelaciones se entenderá enmendado para que lea "Tribunal de Circuito de Apelaciones".**

REGLA 2 – FUNDAMENTO JURIDICO

Estas reglas son adoptadas al amparo y de conformidad con las disposiciones del Art. V,

Sec. 11 de la Constitución del Estado Libre Asociado de Puerto Rico y **del Artículo 8.001 de la Ley de la Judicatura de Puerto Rico de 1994.**

REGLA 3 – DEFINICIONES

Se deroga la definición de Procurador.

REGLA 19 – NOTIFICACION DE LA DETERMINACION DE EXISTENCIA DE        CAUSA

...

...

La Comisión requerirá **de la Oficina de Asuntos Legales o la persona designada por el Director** que presente la querella o petición de separación dentro de los sesenta (60) días siguientes a la notificación de la determinación de causa.   El escrito será presentado en la Secretaría del Tribunal.

Se elimina el último párrafo de la Regla 19 que se refiere a la solicitud de abstención del Procurador para la atención de alguna querella.

REGLA 24 – NOTIFICACION DE LA QUERELLA O PETICION DE SEPARACION

**Presentada** la querella o petición de separación correspondiente a la determinación previa de causa probable, el Secretario inmediatamente expedirá mandamiento dirigido al juez requiriéndole presentar su contestación ante la Comisión dentro de los veinte (20) días siguientes a la notificación y apercibiéndole que el no presentar alegación responsiva escrita y notificada con copia **al funcionario que suscribió la querella,** dentro del término concedido, equivaldrá a su anuencia para que el procedimiento continúe sin el beneficio de tal comparecencia.

REGLA 26 – DESCUBRIMIENTO DE PRUEBA

La Comisión concederá **a las partes** un término razonable para utilizar los mecanismos de descubrimiento de prueba y así requerir y someter cualquier otra evidencia que no haya sido obtenida o presentada.

...

REGLA 33 – INFORME DE LA COMISION; RECONSIDERACION

(B)  La Comisión notificará el informe **a las partes.**

(C)  **Las partes** tendrán un término...

(E)  La Comisión presentará su informe al Tribunal dentro de un término que no excederá cuarenta y cinco (45) días desde la fecha en que quedó sometido y enviará copia **a las partes.**

REGLA 35 – RESOLUCION – MEDIDAS DISCIPLINARIAS
2
(E)  La resolución del Tribunal será notificada por el Secretario a la Comisión, al juez, al promovente y al Director conforme la Reglamentación del Tribunal.

REGLA 40 – CLAUSULA  TRANSITORIA

**(C)** Los casos bajo este Reglamento que estén al presente siendo tramitados por el Procurador General de Puerto Rico o uno de los Procuradores Auxiliares de esa Oficina podrán continuar hasta la finalización de los mismos.

Se autoriza, no obstante, que el abogado que designe el Director se una a la representación en estos procedimientos.

Se autoriza a la Directora Administrativa de los Tribunales a revisar el texto de este reglamento para que acoja la política pública respecto a la neutralidad de género en el lenguaje y reproducir el mismo.

Estas enmiendas entrarán en vigor inmediatamente.

Publíquese. WE

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Naveira de Rodón y el Juez Asociado señor Fuster Berlingeri no intervinieron.


Isabel Llompart Zeno
Secretaria del Tribunal Supremo